IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Bankruptcy No.: 15-14504-sr |
| Timothy J. Bell<br>aka Timothy J. Bell, Jr., | Chapter 13 |
| | Doc No. |
| **Debtor,** | |
| Stephanie M. Bell, | |
| **Joint Debtor.** | |

_____/

## ORDER OF COURT

**AND NOW**, upon consideration of the Motion to Redact and Restrict Public Access and Authorize Filing of Replacement Proof of Claim (Claim # 1-1) filed by GREEN TREE SERVICING LLC, AS AUTHORIZED SERVICER FOR CWABS, INC., ASSET-BACKED CERTIFICATES TRUST 2005-14 AS OWNER AND HOLDER OF ACCOUNT/CONTRACT ORIGINATED BY MORTGAGE NOW, INC., OHIO COPORATION;

**AND**, the Court concluding that the subject Proof of Claim (including attachments) (1-1) fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1. This Motion is **GRANTED**.

2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to Proof of Claim filed on July 15, 2015 as claim # 1-1 on the Claims Register. forthwith GREEN TREE SERVICING LLC, AS AUTHORIZED SERVICER FOR CWABS, INC., ASSET-BACKED CERTIFICATES TRUST 2005-14 AS OWNER AND HOLDER OF ACCOUNT/CONTRACT ORIGINATED BY MORTGAGE NOW, INC., OHIO

16-125878 - MiR

CORPORATION shall file redacted copies of the document(s) identified in Paragraph 2 above **on or before** March 14, 2017.

Dated: February 28, 2017

_____
HONORABLE STEPHEN RASLAVICH
UNITED STATES BANKRUPTCY JUDGE

16-125878 - MiR