United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Timothy J. Bell  
Stephanie M. Bell  
    Debtors

Case No. 15-14504-sr  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 1     Date Rcvd: Feb 28, 2017  
                        Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2017.  
db/jdb         +Timothy J. Bell,    Stephanie M. Bell,    3027 Windish Street,    Philadelphia, PA 19152-4526

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2017                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2017 at the address(es) listed below:  
         FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com  
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    The Bank of New York Mellon, Et Al...  
         bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         MICHAEL A. LATZES    on behalf of Debtor Timothy J. Bell efiling@mlatzes-law.com  
         MICHAEL A. LATZES    on behalf of Joint Debtor Stephanie M. Bell efiling@mlatzes-law.com  
         PETER J. ASHCROFT    on behalf of Creditor    GREEN TREE SERVICING, LLC pashcroft@bernsteinlaw.com,  
         pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtdrive.com  
         POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
         ecf_frpa@trustee13.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                                                                                                                  TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Bankruptcy No.: 15-14504-sr |
| **Timothy J. Bell**<br>aka Timothy J. Bell, Jr., | Chapter 13 |
| Debtor, | Doc No. |
| **Stephanie M. Bell,** | |
| Joint Debtor. | |

_____/

## ORDER OF COURT

**AND NOW**, upon consideration of the Motion to Redact and Restrict Public Access and Authorize Filing of Replacement Proof of Claim (Claim # 1-1) filed by GREEN TREE SERVICING LLC, AS AUTHORIZED SERVICER FOR CWABS, INC., ASSET-BACKED CERTIFICATES TRUST 2005-14 AS OWNER AND HOLDER OF ACCOUNT/CONTRACT ORIGINATED BY MORTGAGE NOW, INC., OHIO COPORATION;

**AND**, the Court concluding that the subject Proof of Claim (including attachments) (1-1) fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1. This Motion is **GRANTED**.

2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to Proof of Claim filed on July 15, 2015 as claim # 1-1 on the Claims Register. forthwith GREEN TREE SERVICING LLC, AS AUTHORIZED SERVICER FOR CWABS, INC., ASSET-BACKED CERTIFICATES TRUST 2005-14 AS OWNER AND HOLDER OF ACCOUNT/CONTRACT ORIGINATED BY MORTGAGE NOW, INC., OHIO

16-125878 - MiR

PAGE 1

CORPORATION shall file redacted copies of the document(s) identified in Paragraph 2 above **on or before** March 14, 2017.

Dated: February 28, 2017

_____
HONORABLE STEPHEN RASLAVICH
UNITED STATES BANKRUPTCY JUDGE

16-125878 - MiR

PAGE 2